01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08   UNITED STATES OF AMERICA,           )
                                         )   CASE NO. CR13-382-RSL
09           Plaintiff,                  )
                                         )
10           v.                          )
                                         )   DETENTION ORDER
11   VAUGHN TREVOR HALL,                 )
                                         )
12           Defendant.                  )
     _____)
13

14   <u>Offenses charged</u>:   Distribution of Methamphetamine; Possession of Controlled Substance

15   Manufacturing Materials; Felon in Possession of Explosives; Felon in Possession of

16   Ammunition

17   <u>Date of Detention Hearing</u>   December 3, 2013.

18        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

19   based upon the factual findings and statement of reasons for detention hereafter set forth, finds

20   that no condition or combination of conditions which defendant can meet will reasonably

21   assure the appearance of defendant as required and the safety of other persons and the

22   community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is named in an eight count Indictment charged with the above-described drug trafficking offenses, as well as being a prohibited person (convicted felon) in possession of explosives and ammunition.

2. Defendant declined to be interviewed by Pretrial Services. His background information is either unknown or unverified. His criminal record includes numerous failures to appear with resulting bench warrant activity. The AUSA proffers that at the time of arrest, defendant was in possession of a bullet proof vest, ammunition, and blasting caps, as well as a methamphetamine laboratory in his storage locker and controlled substances.

3. Defendant does not contest detention.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 3rd day of December, 2013.

*(signature)*

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3