Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR13-0382 RSL |
| Plaintiff, | ) ) | ORDER CONTINUING |
| v. | ) ) | TRIAL AND PRETRIAL MOTIONS DATE |
| VAUGHN TREVOR HALL, | ) | |
| Defendant | ) | |

Based on the stipulated motion of the parties to continue the trial date and pretrial motions deadline, and the defendant's knowing and voluntary waiver, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C.§ 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C.§ 3161(h)(7)(B(i).

3. The defense, having been recently appointed, needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181

proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C.§ 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, continuance is necessary to allow the defendants the reasonable time for effective preparation of their defense. 18 U.S.C.§ 3161(h)(7)(B)(iv).

NOW, THEREFORE, IT IS HEREBY ORDERED that the parties' stipulated motion is GRANTED. The trial date in this case is continued from the current date of February 10, 2014 to May 27, 2014.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order, up to and including the new trial date of May 27, 2014, is hereby excluded for speedy trial purposes, 18 U.S.C.§ 3161(h)(7)(A) and 18 U.S.C.§ 3161(h)(7)(B).

All pretrial motions shall be filed no later than April 17, 2014.

DATED this 14th day of January, 2014.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 781-8181